## CASE NUMBER: 21-CA-001644
### ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT vs THE BRISTOL AT TAMPA REHABILITATION AND NURSING CENTER, LLC

| | |
|---|---|
| Case Number: 21-CA-001644 | |
| Uniform Case Number: 292021CA001644A001HC | Judicial Officer: Hinson, Carl. C. |
| Filed On: 2021-02-24 | Defendant: THE BRISTOL AT TAMPA REHABILITATION AND NURSING CENTER, LLC |
| Case Type: Nursing Home Negligence | Amount Due: $0.00 |
| Case Status: Open | |

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Plaintiff | ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT | THOMPSON , BRIAN L | 813-223-5505 |
| Defendant | THE BRISTOL AT TAMPA REHABILITATION AND NURSING CENTER, LLC | | |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Hinson, C.. Carl | Division C | 02/24/2021 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 03/10/2021 | 10 | | SUMMONS RETURNED SERVED |
| | | | THE BRISTOL AT TAMPA REHABILITATION AND NURSING CENTER, LLC, 3/5/21 |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 9 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: THE BRISTOL AT TAMPA REHABILITATION AND NURSING CENTER, LLC" |
| 02/24/2021 | 8 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 7 | | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 6 | | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 5 | | NOTICE OF REQUEST TO PRODUCE |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 4 | | COMPLAINT |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 3 | | NOTICE OF SERVICE OF INTERROGATORIES |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 2 | | CIVIL COVER SHEET |
| | | | "Plaintiff: ESTATE OF RUTH M. TURNER BY AND THROUGH MONIQUE TURNER, EXECUTOR DE SON TORT" |
| 02/24/2021 | 1 | | File Home Location - Electronic |